UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF<br><br>David Marvin Wiseblood #115312 | Case No.   18-mc-80052-JD<br><br>**ORDER OF SUSPENSION** |

Because David Marvin Wiseblood has failed to respond to the Order to Show Cause, David Marvin Wiseblood's membership in the bar of this Court is hereby suspended.

**IT IS SO ORDERED**.

Dated: July 24, 2018

_____
JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

David Marvin Wiseblood #115312

Case No.  18-mc-80052-JD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/24/2018, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David M. Wiseblood
601Montgomery St
Ste 2000
San Francisco, CA 94111

Dated: 7/24/2018

Susan Y. Soong
Clerk, United States District Court

By: _____

Lisa R. Clark, Deputy Clerk to the
Honorable   James Donato